UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

EBONY HENDRIX, et al.,

        Plaintiffs,                    Case No. 15-cv-12364

v                                        Honorable Thomas L. Ludington

CALVIN AKIN, et al.,

        Defendants.
_____/

## JUDGMENT OF DISMISSAL

In accordance with the order granting Defendants' motion to dismiss,

It is further **ORDERED AND ADJUDGED** that count one of Plaintiff's complaint is **DISMISSED with prejudice**.

It is further **ORDERED AND ADJUDGED** that the remainder of Plaintiff's complaint is **DISMISSED without prejudice**.

                                                      s/Thomas L. Ludington
                                                      THOMAS L. LUDINGTON
                                                     United States District Judge

Dated: November 20, 2015

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 20, 2015.

                                          s/Michael A. Sian
                                          MICHAEL A. SIAN, Case Manager